UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JASMINA SKOKIC, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:24-CV-00914-SPM |
| LELAND DUDEK,<br>Acting Commissioner of Social Security,[1] | ) ) ) ) ) |
|     Defendant. | ) |

## **MEMORANDUM AND ORDER**

This case is before the Court on Defendant's Motion to Reverse and Remand the case to Defendant for further administrative action pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). (ECF No. 19). Plaintiff has filed a response stating that she has no objection to the motion. (ECF No. 20). The parties have consented to the jurisdiction of the undersigned United States Magistrate Judge pursuant to 28 U.S.C.§ 636(c)(1). (ECF No. 6).

On July 3, 2024, Plaintiff filed a Complaint seeking review of Defendant's decision that Plaintiff was not under a disability within the meaning of the Social Security Act. (ECF No. 1). Defendant filed the transcript of the administrative proceedings on August 26, 2024. (ECF No. 9). Plaintiff filed a brief in support of the complaint on January 27, 2025. (ECF No. 18).

On February 14, 2025, Defendant filed the instant motion to reverse and remand the case to Defendant for further action under sentence four of section 205(g) of the Social Security Act, which permits the Court "to enter, upon the pleadings and transcript of the record, a judgment

---

[1] Leland Dudek is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek is substituted as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

affirming, modifying, or reversing the decision of the Commissioner, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g). Defendant represents in her motion that upon review of the case, agency counsel determined that remand was necessary for further evaluation of Plaintiff's claim. Defendant states that on remand, the case will be remanded to an administrative law judge who will offer Plaintiff the opportunity for a new hearing and issue a new decision.

After review, the Court agrees with the parties that this case should be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Reverse and Remand (ECF No. 19) is **GRANTED**.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that decision of the Commissioner of Social Security is **REVERSED** and that this case is **REMANDED** under Sentence Four of 42 U.S.C. § 405(g) for reconsideration and further proceedings consistent with this opinion.

_____
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 21st day of February, 2025.